CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANKETKUMAR AMRUTBHAI PATEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-02720-SK<br><br>**STIPULATION TO STAY PROCEEDINGS AND ORDER** |

On June 16, 2026, the Court granted the parties' request to extend Defendants' response and motion for summary judgment deadlines, setting Defendants' response as due on July 16, 2026. *See* Dkt. No. 11. Defendants filed a Motion to Dismiss Plaintiff's complaint on July 16, 2026. Dkt. No. 12. The parties having conferred now stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 18, 2027. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this action seeking adjudication of his Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. As Plaintiff's petition and application remain pending with the agency, the parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow the

agency additional time to process Plaintiff's petition and application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 18, 2027, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 21, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 21, 2026

*/s/ Sanketkumar Amrutbhai Patel*
SANKETKUMAR AMRUTBHAI PATEL
Pro Se Plaintiff

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY STAYS this action until January 19, 2027. All case deadlines and hearings, including the motion to dismiss hearing scheduled for August 31, 2026, are HEREBY VACATED. The parties shall file a joint status report by January 19, 2027.

**IT IS SO ORDERED.**

Date: July 22, 2026

HON. SALLIE KIM
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.